HUTCHINSON v. BURR et al., FUND COMMISSIONERS, ETC.

In a bill to enjoin the issuance of bonds of the City and County of San Francisco by the Fund Commissioners created by the Act of April 20, 1858, for the claims approved by the Board of Examiners, it is necessary that some of the persons to whom the bonds are to be issued, should be made parties to the action.

APPEAL from the Fourth District, County of San Francisco.

This was an action by bill to enjoin the defendants, as a Board of Fund Commissioners, from issuing bonds of the City and County of San Francisco, to the holders of claims against the city which had been approved by the Board of Examiners created by the Act of April 20, 1858. None of the persons to whom the bonds were to be issued were made parties to the action. The only parties named in the bill were the persons constituting the Board of Fund Commissioners.

The defendants demurred to the bill on general grounds, and amongst others, on the ground that " there is a defect of parties defendants," and also on the ground that " the complaint does not state facts sufficient to constitute a cause of action." The Court below sustained the demurrer on the latter ground; from which ruling of the Court, the plaintiff appealed to this Court.

*Gregory Yale and F. A. Fabens* for Appellant.

*Hoge and Wilson* for Respondents.

FIELD, J., delivered the opinion of the Court—TERRY, C. J., concurring.

The plaintiff seeks to enjoin the issuance of bonds of the City and County of San Francisco by the Fund Commissioners, created by the Act of April 20, 1858, for the claims approved by the Board of Examiners under that Act. The persons to whom, according to the report of the Examiners, the bonds are to be issued, are not made parties to the suit, and without their presence there can be no binding determination of the questions upon which the decision of this Court is desired, unless, perhaps, from the special circumstances of the case, the great

number of persons to whom the bonds are to be issued, and the character of the parties involved, it may answer to bring in only a sufficient number to fully represent and protect the interests of all; but upon this we express no opinion. It is enough to sustain the judgment, on the demurrer, that *none* of the persons entitled to the bonds under the Act, are made parties. Judgment affirmed.